Joseph R. Re (Bar No. 134479)
joe.re@knobbe.com
John W. Holcomb (Bar No. 172121)
john.holcomb@knobbe.com
Alan G. Laquer (Bar No. 259257)
alan.laquer@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone:  949-760-0404
Facsimile:  949-760-9502

Attorneys for Plaintiff APPLIED MEDICAL RESOURCES CORPORATION

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| APPLIED MEDICAL RESOURCES CORPORATION, a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>R. JOHN WAGSTAFF III, an individual,<br><br>   Defendant. | Case No. SACV15−01061 DOC (JCGx)<br><br>**FINAL JUDGMENT**<br><br>Hon. David O. Carter |
|---|---|

1  Upon review of the court files, the Report of Plaintiff Applied Medical Resources Corporation ("Applied Medical") on Termination of Bankruptcy Case of Defendant R. John Wagstaff, III ("Mr. Wagstaff"), and the Motion of Applied Medical for Dismissal With Prejudice and Entry of Final Judgment, the Court HEREBY ORDERS as follows:

This is an action filed by Applied Medical against Mr. Wagstaff on July 2, 2015, for copyright infringement, trade secret misappropriation, and breach of contract. Mr. Wagstaff answered Applied Medical's Complaint, and he has not asserted any counterclaim against Applied Medical.

On September 1, 2015, Mr. Wagstaff filed a voluntary Chapter 7 bankruptcy petition in the U.S. Bankruptcy Court for the Central District of California, Case No. 8:15-bk-14317-SC (the "Wagstaff Bankruptcy Case"). On January 28, 2016, the Wagstaff Bankruptcy Case terminated, and Mr. Wagstaff received a discharge under 11 U.S.C. § 727.

In view of Mr. Wagstaff's discharge in bankruptcy and of discovery obtained by Applied Medical in the Wagstaff Bankruptcy Case, Applied Medical requested, and the Court Ordered, that all of Applied Medical's claims against Mr. Wagstaff in this action shall be dismissed with prejudice.

This is a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. Each party shall bear its or his own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 30, 2016

*/s/ David O. Carter*

UNITED STATES DISTRICT JUDGE

-1-